IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:12 MJ 033

284 EAST MELFORD AVENUE
DAYTON, OHIO

---

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

7-1-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE